UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BAKER,<br><br>                Petitioner,<br><br>       v.<br><br>LT. MARSH,<br><br>                Respondent. | No. 2:14-cv-0113 CKD P<br><br><br>ORDER |

      Mr. Baker has inadvertently filed in this court a "petition for writ of habeas corpus" meant for the Superior Court of Solano County. Good cause appearing, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court return to Mr. Baker the document filed by him on January 16, 2014 (ECF No. 1); and

      2. This case is closed.

Dated: February 13, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bake0113.cl